**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EDWARD RICE,<br>　　　　Plaintiff,<br>v.<br>RAPID CAPITAL FUNDING, LLC,<br>　　　　Defendant. | )<br>)<br>)<br>) **C.A. No.:**<br>)<br>)<br>)<br>)<br>) **COMPLAINT AND DEMAND FOR**<br>) **JURY TRIAL**<br>) |

## **COMPLAINT**

EDWARD RICE ("Plaintiff"), by and through his attorneys, ANGELA K. TROCCOLI, ESQUIRE and KIMMEL & SILVERMAN, P.C., alleges the following against RAPID CAPITAL FUNDING, LLC ("DEFENDANT"):

## **INTRODUCTION**

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

## **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 28 U.S.C. §1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States. See Mims v. Arrow Fin. Services, LLC, 132 S. Ct. 740, 747, 181 L. Ed. 2d 881 (2012).

3. Defendant regularly conducts business in the State of Connecticut, thus, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

**PARTIES**

5. Plaintiff is a "person" as that term is defined by 47 U.S.C. §153(39).

6. Plaintiff is a natural person residing in Enfield, Connecticut 06082.

7. Defendant is a "person" as that term is defined by 47 U.S.C. § 153(39).

8. Defendant is a corporation with its principal place of business located at 11900 Biscayne Blvd., Suite 201, North Miami, FL 33181.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. For the last twelve (12) calendar months, Defendant placed repeated harassing telephone calls to Plaintiff's cellular telephone.

11. Defendant's representatives have contacted Plaintiff from the following phone number: (305) 615-2960. The undersigned has confirmed that this phone number belongs to the Defendant.

12. Plaintiff has had this cellular telephone number for more than one year.

13. Plaintiff has only used this number as a cellular telephone.

14. The phone number has been assigned to a cellular telephone service for which Plaintiff incurs a charge for incoming calls.

15. When placing calls to Plaintiff, Defendant has used an automated telephone dialing system and/or a pre-recorded voice.

16. Plaintiff knew the calls were automated as calls began with a computerized voice

and a delay before the calls would be transferred to a live collector.

17. Plaintiff instructed Defendant to stop calling thereby revoking any consent that may have been previously given to call his cellular telephone.

18. Defendant failed to update its records to restrict calls to Plaintiff's cellular telephone.

19. Defendant's calls were not placed for emergency purposes.

20. Defendant continued to call Plaintiff's cellular telephone.

21. Defendant called Plaintiff, on average, once a day.

22. It was annoying and harassing for Plaintiff to be called on his cellular telephone with such frequency so Plaintiff took measures to block Defendant's calls.

23. Upon information and belief, Defendant conducts business in a manner which violates the TCPA.

**DEFENDANT VIOLATED THE
TELEPHONE CONSUMER PROTECTION ACT**

**COUNT I**

24. Plaintiff incorporates the forgoing paragraphs as though the same were set forth at length herein.

25. Defendant initiated multiple automated telephone calls to Plaintiff's cellular telephone number.

26. Defendant initiated these automated calls to Plaintiff using an automatic telephone dialing system.

27. Defendant repeatedly placed non-emergency calls to Plaintiff's cellular telephone.

- 3 -

PLAINTIFF'S COMPLAINT

28. Under §227(b)(3)(A) of the TCPA, a person or entity may bring a private cause of action in an appropriate court based on a violation of the TCPA or the regulations prescribed under the TCPA to enjoin such violation.

29. Under §227(b)(3)(B) of the TCPA, a person or entity may bring a private cause of action in an appropriate court "to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation whichever is greater."

30. Based upon the conduct of Defendant, Plaintiff avers that the enhancement of damages provided for by the TCPA allowing for Plaintiff to recover up to $1,500 per call/violation be applied to calls placed.

31. Defendant's conduct violated §227(b)(1)(A)(iii) of the TCPA by placing repeated calls using an automatic telephone dialing system to Plaintiff's cellular telephone.

32. Defendant's calls to Plaintiff's cellular telephone were not made with Plaintiff's prior express consent.

33. Defendant's acts as described above were done with malicious, intentional, willful, reckless, wanton and negligent disregard for Plaintiff's rights under the law and with the purpose of harassing Plaintiff.

34. The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

35. As a result of the above violations of the TCPA, Plaintiff has suffered the losses and damages as set forth above entitling Plaintiff to an award of statutory, actual and trebles damages.

PLAINTIFF'S COMPLAINT

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, EDWARD RICE, respectfully prays for a judgment as follows:

    a.    All actual damages suffered pursuant to 47 U.S.C. §227(b)(3)(A);

    b.    Statutory damages of $500.00 per violative telephone call pursuant to 47 U.S.C. §227(b)(3)(B);

    c.    Treble damages of $1,500.00 per violative telephone call pursuant to 47 U.S.C. §227(b)(3);

    d.    Injunctive relief pursuant to 47 U.S.C. §227(b)(3); and

    e.    Any other relief deemed appropriate by this Honorable Court.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, EDWARD RICE, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

EDWARD RICE
By his Attorney,

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire, Id# ct28597
Kimmel & Silverman, PC
*The New England Office*
136 Main Street, Suite 301
Danielson, CT 06239
(860) 866-4380- direct dial
(860) 263-0919- facsimile
atroccoli@creditlaw.com

Dated: June 8, 2016

PLAINTIFF'S COMPLAINT