**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **EDWARD RICE,** )<br>    Plaintiff ) | |
| ) | |
| v                                         ) | **C. A. No.: 3:16-cv-00883 SRU** |
| ) | |
| **RAPID CAPITAL FUNDING, LLC,** ) | |
|    Defendant                              ) | |
| ) | |
| ) | |
| _____ ) | |

## <u>NOTICE OF SETTLEMENT</u>

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: <u>July 6, 2017</u>

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire, ct28597
Kimmel & Silverman, P.C.
*The New England Office*
136 Main Street, Suite 301
Danielson, CT 06239
Phone: (860) 866-4380
atroccoli@creditlaw.com

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2017, a true and correct copy of the foregoing

pleading was served via ECF to the below:


Beth-Ann E. Krimsky, Esquire
Lawren A. Zann, Esquire
Greenspoon Marder, P.A.
200 East Broward Blvd.
Fort Lauderdale, FL 33301
lawren.zann@gmlaw.com
beth-ann.krimsky@gmlaw.com

Paul A. De Genaro, Esquire
350 Bedford St., Suite 201
Stamford, CT 06901
pdegenaro@benantilaw.com


                                        */s/ Angela K. Troccoli*
                                         Angela K. Troccoli, Esquire